**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

BERTHA ORNELAS, o/b/o
K.M., a minor child,
        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
        Defendant.

NO. CV-07-3098-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings, and Judgment is entered for Plaintiff.

DATED this 3rd day of September, 2008.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              by: __s/ Karen White_____
                                   Deputy Clerk

cc: all counsel